Prepared by State Reporter from Appeal Papers

*Charles E. Callahan* for appellant.

*William F. Love, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ. Absent: KELLOGG, J.

---

MAINE LUMBER COMPANY, LTD., Respondent, *v.* MARYLAND CASUALTY COMPANY, Appellant, Impleaded with Others.

(Submitted January 24, 1927; decided January 27, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 244 N. Y. 537.)

---

In the Matter of the Accounting of MATTHEW W. OTIS, as Executor of EDWARD L. PEARSE, Deceased, Appellant.

JESSIE E. BEERS et al., Respondents.

*Appeal — intermediate order — motion to dismiss appeal granted.*

*Matter of Pearse,* 217 App. Div. 602, appeal dismissed.

(Submitted January 24, 1927; decided January 27, 1927.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 28, 1926, which modified and affirmed as modified an order of the Franklin County Surrogate's Court settling the accounts of the executor of Edward L. Pearse, deceased.

The motion was made upon the grounds that the order appealed from was not a final order, that no undertaking had been given as required, and that appellant had failed to serve the printed case on appeal.

*William S. Beers* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.